# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

In Re: Roux Restaurant Group, LLC        Case No.   09-12186-CAG
**Debtor**                                (if known)
                                          Chapter    11

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 5 | $360,934.65 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 3 | | $40,840.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | $507,824.93 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 1 | | | 0.00 |
| J - Current Expenditures of Individual Debtor(s) | No | 1 | | | 0.00 |
| TOTAL | | 19 | $360,934.65 | $548,664.93 | |

# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

In Re: Roux Restaurant Group, LLC  
**Debtor**

Case No. 09-12186-CAG (if known)

Chapter 11

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E)(whether disputed or undisputed) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 0.00 |
| Average Expenses (from Schedule J, Line 18) | 0.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" COLUMN | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $40,840.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | $507,824.93 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $507,824.93 |

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint or Community" If the debtor holds no interest in real property, write "None" under "Description and Location of Property"

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim See Schedule D If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim"

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  | Total |  |

In Re:  Roux Restaurant Group, LLC     Case No.   09-12186-CAG
**Debtor**                              (if known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None". If additional space is needed in any category, attach a separate sheet properly identified with the same case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint or Community". If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state the person's name and address under "Description and Location of Property".
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, CD's, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses or cooperatives. | | Checking Account<br>Wachovia Bank<br>98 San Jacinto<br>Austin, Texas 78701 | | $3434.65 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |

In Re: Roux Restaurant Group, LLC  Case No. 09-12186-CAG
**Debtor** (if known)

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Art collection for restaurant | | $5,000.00 |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | commercial liability policies, dram shop; term life insurance for Chad Helton and Dan Janjigian | | 0 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. | X | | | |
| 12. Interest in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |

In Re:     Roux Restaurant Group, LLC     Case No.     09-12186-CAG

**Debtor**     (if known)

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in real estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

In Re:     Roux Restaurant Group, LLC        Case No.     09-12186-CAG

**Debtor**                                                          (if known)

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent or unliquidated claims of every nature, including tax refunds, counter-claims of the debtor, and rights to setoff claims. Give estimated value of each. | | $50,000.00 payment by Bikini's and agreement to pay 5et profits from portion of downstairs sublease. | | $50,000.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | Intellectual property associated with the Parish Room and Roux including leasehold interests | | $250,000 |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | | | |
| 24. Customer lists or other compilations containing personally identifiable information provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | desk, chair, computer, filing cabinet | | $500 |

In Re:    Roux Restaurant Group, LLC    Case No.    09-12186-CAG
**Debtor**    (if known)

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | | various fixtures and equipment located at restaurant and music venue, including sound equipment, flat screen tvs, aloha point of sale equipment, bar equipment | | $50,000 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Account with Barter Service | | $2000.00 |
| | | | Total | $360,934.65 |

In Re: Roux Restaurant Group, LLC     Case No. 09-12186-CAG

**Debtor**     (if known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐ Check if debtor claims a homestead exemption that exceeds $136,875

☐ 11 U S C § 522(b)(2)
☐ 11 U S C § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| | | | |

In Re: Roux Restaurant Group, LLC       Case No. 09-12186-CAG
       **Debtor**                                (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred, Nature of Lien, and Description and Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|---|
| Account Number: | | | | | | | | |
| | | | VALUE $ | | | | | |
| Account Number: | | | | | | | | |
| | | | VALUE $ | | | | | |
| Account Number: | | | | | | | | |
| | | | VALUE $ | | | | | |
| | | | Subtotal (Total of this page) | | | | $0.00 | $0.00 |
| | | | Total (Use only on last page) | | | | | |
| | | | | | | | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

 0  continuation sheets attached

In Re: _____Roux Restaurant Group, LLC_____    Case No. _____09-12186-CAG_____
                   **Debtor**                                          (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entitires holding priority claims against the debtor or the property of the debtor, as of the date of the filing of this petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily conusmer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occured first, to the extend provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer of fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6)

☐ **Deposits by individuals**

Claims of individuals up to $2,425* deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7)

☒ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8)

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTR, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9)

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10)

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment

___0___ continuation sheets attached

In Re: __Roux Restaurant Group, LLC__   Case No. __09-12186-CAG__
              **Debtor**                                                            (if known)

**Taxes Owed to Governmental Unit**
Type of Priority

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred, and Consideration for Claim | Contingent | Unliquidated | Disputed | Total Amount of Claim | Amount Entitled to Priority | Amount Not Entitled to Priority, If Any |
|---|---|---|---|---|---|---|---|---|---|
| Account Number: <br> Internal Revenue Service <br> Insolvency Office <br> 300 E 8th St M/S 5026AUS <br> Austin, TX 78701 | | | Taxes 2008/2009 | | | | 12,840.00 | 12840.00 | |
| Account Number: <br> Texas Workforce Commission <br> 101 East St. Room 330 <br> Austin, Texas 78701 | | | Payroll Taxes 2009 | | | | 14,000.00 | 14,000.00 | |
| Account Number: <br> Texas Comptroller's Office <br> Lyndon B. Johnson State Office Building <br> 111 East 17th Street <br> Austin, Texas 78774 | | | Sales Tax 2009 | | | | 14,000.00 | 14,000.00 | |
| Account Number: | | | | | | | | | |
| Account Number: | | | | | | | | | |
| Account Number: | | | | | | | | | |
| | | | Subtotal (Total of this page) | | | | $40,840.00 | $40,840.00 | $0.00 |
| | | | Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | | | | $40,840.00 | | |
| | | | Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | | $40,840.00 | |

Sheet no __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

In Re: __Roux Restaurant Group, LLC__ Case No. __09-12186-CAG__
          **Debtor**                                         (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's Name and Mailing Address Including Zip Code, and Account Number | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account Number: <br> Jennifer Murray <br> 1263 Homestead Ave <br> Walnut Creek, CA 94598 | | | Loan | | | | 15,000.00 |
| Account Number: <br> Mike Herkenrath <br> 2435 Forrest Ave #200 <br> San Jose, CA 95128 | | | Loan | | | | 14,000.00 |
| Account Number: <br> Clint Slayton Taylor <br> 10300 Morado Cove #105 <br> Austin, TX 78759 | | | Loan | | | | 45,000.00 |
| Account Number: <br> Keith Fielding <br> 32 Barneburg <br> Dove Canyon, CA 93679 | | | Loan | | | | 30,000.00 |
| | | | | | | Subtotal | $104,000.00 |
| | | | | | | Total (Use only on last page of the completed Schedule F) (Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | |

__4__ continuation sheets attached

In Re: Roux Restaurant Group, LLC     Case No. 09-12186-CAG
           **Debtor**                                                         (if known)

| Creditor's Name and Mailing Address Including Zip Code, and Account Number | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account Number:<br>Mike Janjigian<br>450 E. 63rd St, Apt #10A<br>New York, NY 10065 | | | Loan | | | | 10,000.00 |
| Account Number:<br>Lori Janjigian<br>1927 Bridgepoint Cir, #104<br>San Mateo, CA 94404 | | | Loan | | | | 10,000.00 |
| Account Number:<br>Faske and Lay<br>3508 Far West Blvd, Suite 300<br>Austin, TX 78731 | | | Trade Debt | | | | 5,000.00 |
| Account Number:<br>American Finance Solutions<br>Scott Griest<br>505 N. Euclid St, Ste 320<br>Anaheim, CA 92801 | X | | Loan | | | | 45,604.45 |
| Account Number:<br>Brenda Henry<br>8412 Wagon Wheel Rd<br>Alexandria, VA 22309 | | | Loan | | | | 16,000.00 |
| Account Number:<br>BMI<br>General Licensing<br>10 Music Square East<br>Nashville, TN 37203 | | | licensing fees for playing music | X | X | X | |
| Account Number:<br>ASCAP General Licensing<br>2675 Paces Ferry Road, SE<br>Suite 350<br>Atlanta, GA 30339 | | | licensing fees for playing music | X | X | X | |

                                                                                               Subtotal    $86,604.45

Total
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Sheet no __1__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

In Re: Roux Restaurant Group, LLC         Case No. 09-12186-CAG
_____Debtor_____                      _____(if known)_____

| Creditor's Name and Mailing Address Including Zip Code, and Account Number | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account Number:<br>SESAC Licensing<br>55 Music Square East<br>Nashville, TN 37203 | | | licensing for music played at venue | X | X | X | |
| Account Number:<br>AAA Fire & Safety Equipment<br>6700 Guadalupe St<br>Austin, TX 78752-3536 | | | Trade Debt | | | | 522.44 |
| Account Number:<br>The Austin Chronicle<br>PO Box 49066<br>Austin TX 78765 | | | Trade Debt | | | | 7,000.00 |
| Account Number:<br>Matt Reppert<br>Whimsical Notions, Inc<br>3715 24th St<br>Lubbock, Texas, 79410 | X | | Rent | | | | 70,000.00 |
| Account Number:<br>Twin Liquors<br>107 W. Stassney Ln<br>Austin, TX 78745 | | | Trade Debt | | | | 35,786.73 |
| Account Number:<br>Hot Schedules<br>6504 Bridge Point Pkwy, Ste 425<br>Austin, TX 78730 | | | Trade Debt | | | | 1,900.00 |
| Account Number:<br>John Wissman<br>801 W 5th St #1901<br>Austin, TX 78703 | | | Loan | | | | 5,000.00 |
| | | | | | | Subtotal | $120,209.17 |
| | | | | | | Total<br>(Use only on last page of the completed Schedule F)<br>(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data) | |

Sheet no __2__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

In Re: Roux Restaurant Group, LLC          Case No. 09-12186-CAG
       **Debtor**                                  (if known)

| Creditor's Name and Mailing Address Including Zip Code, and Account Number | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account Number:<br>Time Warner Cable<br>c/o Valerie Gonzales<br>12012 N Mopac<br>Austin, TX 78758 | | | Trade Debt | | | | 669.72 |
| Account Number:<br>Mark Winger<br>43 Rainey St #2903<br>Austin, TX 78701 | | | Loan | | | | 5,000.00 |
| Account Number:<br>Wachovia Bank, N.A.<br>Bankruptcy Dept R4057-01P<br>P.O. Box 13765<br>Roanoke, VA 24037-3765 | X | | Loan | | | | 50,341.59 |
| Account Number:<br>Texas Alcoholic Beverage Commission<br>P.O. Box 13127<br>Austin, TX 78711 | | | Surrendered Surety Bond | | | | 5,000.00 |
| Account Number:<br>Dan Janjigian<br>9744 Anchusa Tr<br>Austin, TX 78736 | | | Loan | | | | 66,000.00 |
| Account Number:<br>Aram Janjigian<br>12875 Woodmont Dr<br>Saratoga, CA 95070 | X | | Loan | | | | 70,000.00 |
| Account Number:<br>Hank Heyns and Keli Heyns<br>c/o Arthur Walker<br>Walker Bright PC<br>6850 Austin Center Blvd., Suite A100<br>Austin, Texas 78731 | | | August 2009 - wrongful death lawsuit | | X | X | |

Subtotal $197,011.31

Total
(Use only on last page of the completed Schedule F)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data) $507,824.93

Sheet no __3__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

In Re: Roux Restaurant Group, LLC     Case No. 09-12186-CAG
**Debtor**     (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C § 112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State Whether Lease is for Nonresidential Real Property. State Contract Number of Any Government Contract |
|---|---|
| Whimsical Notions, Inc.<br>Matt Reppert<br>3715 24th St.<br>Lubbock, Texas 79410 | Master lease for building located at 214 East 6th St. Austin, Texas 78701 Commerical Lease |
| Bikinis Sports Bar and Grill<br>Doug Guller<br>6901 North IH-35<br>Austin, Texas 78752 | Sublease for downstairs portion of building specified above |
| Autochlor | lease for dishwasher; information with Bikinis |

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors

| Name and Mailing Address of Codebtor | Name and Mailing Address of Creditor |
|---|---|
| Daniel Janjigian<br>9744 Anchusa Trail<br>Austin, Texas 78736 | Lease, Whimsical Notions<br>3715 24th St.<br>Lubbock, Texas 79410 |
| Daniel Janjigian<br>9744 Anchusa Trail<br>Austin, Texas 78736 | Wachovia Bank, N.A.<br>Bankruptcy Dept. R 4057-OIP<br>Roanoke, VA 24037-3765 |
| Daniel Janjigian<br>9744 Anchusa Trail<br>Austin, Texas 78736 | American Finance Solutions<br>Scott Grist<br>505 N. Euclid Ste. 320<br>Anaheim, CA 92801 |
| Chad Helton<br>327 Hurst Creek Rd.<br>Austin, Texas 78754 | Lease, Whimsical Notions<br>3715 24th St.<br>Lubbock, Texas 79410 |
| Daniel Janjigian<br>9744 Anchusa Trail<br>Austin, Texas 78736 | Aram Janjigian<br>12875 Woodmont Dr.<br>Saratoga, CA 95070 |

In Re: Roux Restaurant Group, LLC            Case No. 09-12186-CAG
_____                    _____
            Debtor                                  (if known)

# DECLARATION CONCERNING DEBTOR(S) SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 21 sheets (total shown on summary page plus 2), and that they are true and correct to the best of my knowledge, information, and belief.

_7/3/09_                                      _[signature]_
Date                                          Signature of Debtor

_____                             _____
Date                                          Signature of Joint Debtor

\* \* \* \* \* \*

### DECLARATION AND SIGNATURE OF BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required under that section; and (4) I will not accept any additional money or other property from the debtor before the filing fee is paid in full.

_____    _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Social-Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person or partner who signs this document.*

_____

_____
Address

X _____    _____
Signature of Bankruptcy Petition Preparer     Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless te bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*
*A bankruptcy petition preparer's failure to comply with the provisions of Title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.* 11 U.S.C. § 110; 18 U.S.C. § 156.

\* \* \* \* \* \*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, a member of the partnership named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary of schedules, consisting of 20 sheets (total shown on summary page plus 1), and that the are true and correct to the best of my knowledge, information, and belief.

~~August 4, 2009~~ _7/3/09_                    _[signature]_
Date                                          Signature of Authorized Individual

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. § 152 and 3571.